PLAINTIFF/PETITIONER/MOVANT'S NAME
Stephon Butler
PRISON NUMBER
6464927

PLACE OF CONFINEMENT
San Diego Central Jail

ADDRESS 1173 Front St
San Diego, CA 92101




# United States District Court
## Southern District Of California

Stephon Butler,
Plaintiff/Petitioner/Movant

v.

County of San Diego Et. Al,
Defendant/Respondent

Civil No. '08 CV 1375 J BLM
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Stephon Butler, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒Yes ☐No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration    San Diego County Jail
   Are you employed at the institution?         ☐ Yes ☒No
   Do you receive any payment from the institution?  ☐ Yes ☒No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                              ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _11-2004 $550 wk  Express Roadside Service 7995 Silverton suite D San Diego CA 92126_

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment  ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends  ☐ Yes ☒ No
   c. Pensions, annuities or life insurance           ☐ Yes ☒ No
   d. Disability or workers compensation              ☐ Yes ☒ No
   e. Social Security, disability or other welfare    ☐ Yes ☒ No
   e. Gifts or inheritances                           ☐ Yes ☒ No
   f. Spousal or child support                        ☐ Yes ☒ No
   g. Any other sources                               ☒ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   _Family and Friends about twenty dollars a month I don't except to receive anything._

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:              Year:              Model:
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  NONE

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): NONE

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):  NONE

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE  July 20, 2008                       _____
                                          SIGNATURE OF APPLICANT

If you are a **prisoner you** must have an officer from your institution provide this official certificate as to the amount of money in your prison account. **There are no exceptions to this requirment.**

## PRISON CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____**Stephon Butler**_____
(Name of Inmate)

**Booking No. 6464927**
(Inmate's CDC Number)

has the sum of $ **0.61**_____ on account to his/her credit at _____

**SAN DIEGO CENTRAL JAIL**
(Name of Institution)

I further certify that the applicant has the following securities ... **NONE**_____ to his/her credit according to the records of the aforementioned institution. I further certify that *during the past six months* the applicant's *average monthly balance* was ..................................$ __**$0.00**__

& the *average monthly deposit* to the applicant's account was...............$ __**$55.50**__

ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

July 22, 2008

*[signature: Julie A. Schroeder]*
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

I, the undersigned custodian of records, certify that the attached is a true and correct copy of the original document on file in the Records Division of the San Diego County Sheriff's Department.

SHERIFF OF SAN DIEGO COUNTY
By _[signature]_ Date _7/22/08_

**Sgt. Julie A. Schroeder**
OFFICER'S FULL NAME (PRINTED)

**Administrative Sergeant, SDCJ**
OFFICER'S TITLE /RANK

civ-67 (Rev. 9/97)                                                K:\COMMON\FORMS\CIV-67

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __Stephon Butler__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE __July 20, 2008__      __Stephon Butler__
                                SIGNATURE OF PRISONER

CIV-67 (Rev. 9/97)               -5-              ::ODMA\PCDOCS\WORDPERFECT\22835\1

## SAN DIEGO SHERIFFS DEPARTMENT

### Account Activity

Fac: 3          Account Group: INMATE          Account Type: GEN

Account #: 6464927

Name(L,F,M,S): BUTLER, STEPHON

Start Dt/Tm: 01-01-1990 1200          Ending Dt/Tm: 07-22-2008 0653

| Transaction # | Transaction Type | Transaction Date | Amount | Running Balance |
|---|---|---|---|---|
| 401036695 | COMRET | 12-27-2007 1701 | $5.43 | $30.91 |
| 401047638 | COM | 01-03-2008 0713 | ($28.12) | $2.79 |
| 401048952 | COMRET | 01-03-2008 1701 | $3.45 | $6.24 |
| 401066101 | CKDIR | 01-14-2008 0900 | $25.00 | $31.24 |
| 401071822 | COM | 01-17-2008 0720 | ($31.00) | $0.24 |
| 401072598 | COMRET | 01-17-2008 1701 | $3.46 | $3.70 |
| 401083526 | COM | 01-24-2008 0730 | ($3.64) | $0.06 |
| 401084681 | COMRET | 01-24-2008 1701 | $0.89 | $0.95 |
| 401106211 | CKDIR | 02-06-2008 0929 | $40.00 | $40.95 |
| 401107788 | COM | 02-07-2008 0716 | ($40.11) | $0.84 |
| 401108869 | COMRET | 02-07-2008 1701 | $0.89 | $1.73 |
| 401124831 | INDEP | 02-17-2008 1915 | $40.00 | $41.73 |
| 401132436 | COM | 02-21-2008 0719 | ($41.56) | $0.17 |
| 401134910 | INDEP | 02-22-2008 1813 | $5.00 | $5.17 |
| 401144970 | COM | 02-28-2008 0718 | ($5.02) | $0.15 |
| 401146153 | COMRET | 02-28-2008 1701 | $0.69 | $0.84 |
| 401178591 | INDEP | 03-17-2008 1847 | $10.00 | $10.84 |
| 401183693 | COM | 03-20-2008 0705 | ($10.00) | $0.84 |
| 401210171 | CKDIR | 04-04-2008 1140 | $25.00 | $25.84 |
| 401213846 | COM | 04-07-2008 1053 | ($10.00) | $15.84 |
| 401217667 | CKDIR | 04-09-2008 1017 | $25.00 | $40.84 |
| 401218995 | COM | 04-10-2008 0657 | ($40.26) | $0.58 |
| 401220375 | COMRET | 04-10-2008 1701 | $3.43 | $4.01 |
| 401220626 | INDEP | 04-10-2008 1948 | $40.00 | $44.01 |
| 401226009 | COM | 04-14-2008 1002 | ($10.00) | $34.01 |
| 401231265 | COM | 04-17-2008 0640 | ($33.24) | $0.77 |
| 401232273 | INDEP | 04-17-2008 1120 | $40.00 | $40.77 |
| 401243443 | COM | 04-24-2008 0701 | ($40.57) | $0.20 |
| 401277613 | INDEP | 05-13-2008 1127 | $23.00 | $23.20 |
| 401280938 | COM | 05-15-2008 0746 | ($22.20) | $1.00 |
| 401282576 | INDEP | 05-15-2008 2109 | $20.00 | $21.00 |
| 401293084 | COM | 05-22-2008 0805 | ($20.99) | $0.01 |
| 401294172 | COMRET | 05-22-2008 1701 | $1.17 | $1.18 |
| 401319392 | CKDIR | 06-06-2008 1026 | $25.00 | $26.18 |
| 401322648 | INDEP | 06-08-2008 1823 | $20.00 | $46.18 |
| 401328789 | COM | 06-12-2008 0717 | ($42.82) | $3.36 |
| 401341098 | COM | 06-19-2008 0708 | ($3.26) | $0.10 |
| 401363732 | CKDIR | 07-02-2008 0904 | $20.00 | $20.10 |

# SAN DIEGO SHERIFFS DEPARTMENT

## Account Activity

Fac: 3   Account Group: INMATE   Account Type: GEN
Account #: 6464927
Name(L,F,M,S): BUTLER, STEPHON
Start Dt/Tm: 01-01-1990 1200   Ending Dt/Tm: 07-22-2008 0653

| Transaction # | Transaction Type | Transaction Date | Amount | Running Balance |
|---|---|---|---|---|
| 401376489 | COM | 07-10-2008 0700 | ($19.96) | $0.14 |
| 401377621 | COMRET | 07-10-2008 1701 | $7.58 | $7.72 |
| 401388644 | COM | 07-17-2008 0656 | ($7.11) | $0.61 |
| | | Transaction Total: | | $0.61 |

**Total Amount by Transaction Type**

| | | |
|---|---|---|
| CKDIR / CHECKS POSTED DIRECTLY TO INMATE'S BOOKS | | $425.00 |
| COM / COMMISSARY INMATE PURCHASING ITEMS | | ($1,224.10) |
| COMRET / COMMISSARY - INMATE RETURNING ITEMS | | $41.71 |
| INDEP / INMATE CASH DEPOSIT | | $758.00 |
| Transaction Total: | | $0.61 |

*(Handwritten calculations in left margin:)*

```
0·00*+
3·64+
0·89-
40·11+
0·89-
41·56+
5·02+
0·69-
10·00+
10·00+
40·26+
3·43-
10·00+
33·24+
40·57+
22·20+
20·99+
1·17-
42·82+
3·26+
19·96+
7·58-
7·11+
336·09*+

336·09÷
6·=
AVERAGE   56·02*+
EXPENSES
```

*(Handwritten calculations in middle:)*

```
0·00*+
40·00+
40·00+
5·00+
10·00+
25·00+
25·00+
40·00+
40·00+
23·00+
20·00+
25·00+
20·00+
20·00+
333·00*+

333·00÷
6·=
AVERAGE   55·50*+
DEPOSITS
```