AO 440 (Rev 5/85) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephon Butler<br><br>vs<br><br>County of San Diego, Sheriff William Kolender, Capt. Frank Clamser, Sgt J. Rinehart, #5749 | **SUMMONS IN A CIVIL ACTION**<br>Case No.   08-cv-01375-J (BLM) |

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

        Stephon Butler
        San Diego Central Jail, #6464927
        1173 Front Street
        San Diego, CA 92101

    An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | August 18, 2008 |
|---|---|
| Clerk of Court<br>A. WOODEN (SEAL) | DATE |

By Autumn Wooden, Deputy Clerk

AO 440 (Rev 5/85) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein:

    Name of person with whom the summons and complaint were _____

☐ Return unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service Fees is true and correct.

Executed on: _____    _____
                Date           Signature of Server

                                            Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES ON FORM 1A AVAILABLE IN THE CLERK'S OFFICE, CONDUCT ANY OF ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE UNLESS THE PARTIES AT THE TIME OF THEIR CONSENT TO TRIAL BEFORE A MAGISTRATE AGREE UPON REVIEW BY THE UNITED STATES DISTRICT COURT.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure        summons.frp

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

August 18, 2008

Stephon Butler
6464927
1173 Front Street
San Diego, CA 92101

RE: Case Number 08-cv-01375-J (BLM)

Dear Mr. Butler:

Enclosed you will find a conformed copy of your complaint that was filed on 7/28/2008 and a copy of the Order granting your petition to proceed in Forma Pauperis.

Also enclosed are copies of your complaint, summons and U.S. Marshal service forms. It is your responsibility to complete the Marshal 285 forms and mail them together with the complaint and summons to the U.S. Marshal's office at the address given below.

You must provide the U.S. Marshal with a complaint, summons, and Marshal service form for each defendant to be served. The U.S. Marshal must also receive a copy of the summons and complaint for their record keeping purposes.

Also enclosed is a certified copy of the order granting forma pauperis in this case. It must be mailed to the U.S. Marshal with the complaint and summons package.

U. S. Marshals Office
U. S. Courthouse
940 Front Street
San Diego, CA  92189

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court
By:  s/ A. Wooden
Autumn Wooden, Deputy Clerk