FILED
2008 AUG 25  PM 3:13
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
AUG 20 2008

In The United States District Court
Southern District of California

Stephon Butler
vs.                                    Case No. 3:08-cv-01375-J-BLM
County of San Diego, et al.

<u>Pro per Plaintiff's Motion</u>

Now comes Plaintiff Stephon Butler, pro per moving the court to consider appointment in the above-entitled action if the court allows service of process to be completed on defendants', for reasons stated in the accompanying memorandum.

Respectfully submitted,

*Stephon Butler*
Stephon Butler, pro per
#6464927
c/o 1173 Front Street
San Diego, CA 92101



## Memorandum

At this time Plaintiff has help from a fellow inmate preparing pleadings filed in this case and the help will be over in the near future because of the inmate's release/transfer from the jail.

The Plaintiff without the help of the fellow inmates and/or appointment of counsel will not be able to proceed with conducting the extensive discovery that will be necessary, etc., in this case.

The Plaintiff cannot afford to retain counsel and in the Court's discretion can appoint counsel and in some civil rights cases has been done.

For the foregoing reasons and in the best interests in justice the Court should grant this motion.

Prepared by Inmate
Charles Lamont Miller #7791797

Certificate of Service

This is to certify that a certificate of service is inapplicable at this time due to no service of process completed on defendants' to date. Dated this 12th day of August, 2008.

Stephon Butler
Stephon Butler