FILED
2008 AUG 26 PM 3:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___PM___ DEPUTY

In The United States District Court

Southern District of California

Stephon Butler,
    Plaintiff

vs.

Case No. 3:08-cv-01375-J-BLM

County of San Diego,
    Defendant.

Declaration of Pro Per Plaintiff
Stephon Butler
In Support of motion for
Appointment of Counsel

I, Stephon Butler, under oath and penalty of perjury state as follows:

1) I am incarcerated at the San Diego County central jail and cannot afford to retain counsel to represent me in the above-entitled 42 U.S.C. 1983 civil Rights action.

2) My fellow inmate Charles Lamont Miller has

helped me to prepare this declaration, my motion for appointment of counsel and the complaint filed in this case.

3) Without an attorney and/or my fellow inmate Miller's help I will not be able to appropriately and adequately present my case in this action.

4) Accompanying and/or attached is a true copy of my account activity that I received from jail officials which supports my request for counsel to be appointed.

5) I believe that the interests of justice will be best served if the court provide me with counsel in this case.

I declare under penalty of perjury that the foregoing is true and correct. Dated: 8-22-2008

*Stephen Butler*
Stephen Butler, pro per
#6464927
1173 Front Street
San Diego, CA 92101

# SAN DIEGO SHERIFFS DEPARTMENT

## Account Activity

**Fac:** 3          **Account Group:** INMATE          **Account Type:** GEN
**Account #:** 6464927
**Name(L,F,M,S):** BUTLER, STEPHON
**Start Dt/Tm:** 01-01-1990 1200     **Ending Dt/Tm:** 08-22-2008 2059

| Transaction # | Transaction Type | Transaction Date | Amount | Running Balance |
|---|---|---|---|---|
| 400473922 | INDEP | 01-02-2007 1945 | $20.00 | $20.00 |
| 400474806 | COM | 01-03-2007 0913 | ($17.99) | $2.01 |
| 400485000 | COM | 01-10-2007 0856 | ($1.92) | $0.09 |
| 400485458 | COMRET | 01-10-2007 1105 | $1.92 | $2.01 |
| 400492533 | INDEP | 01-15-2007 1650 | $20.00 | $22.01 |
| 400495203 | COM | 01-17-2007 1039 | ($19.76) | $2.25 |
| 400503321 | COMRET | 01-23-2007 0646 | $2.47 | $4.72 |
| 400506358 | COM | 01-25-2007 0655 | ($4.67) | $0.05 |
| 400512506 | CKDIR | 01-29-2007 1032 | $25.00 | $25.05 |
| 400515646 | COM | 01-31-2007 1026 | ($23.61) | $1.44 |
| 400552338 | INDEP | 02-25-2007 2031 | $20.00 | $21.44 |
| 400556855 | COM | 02-28-2007 0956 | ($18.76) | $2.68 |
| 400567987 | COM | 03-07-2007 1328 | ($2.68) | ($0.00) |
| 400574205 | CKDIR | 03-12-2007 0812 | $25.00 | $25.00 |
| 400578543 | COM | 03-14-2007 1125 | ($24.51) | $0.49 |
| 400620205 | INDEP | 04-10-2007 2021 | $30.00 | $30.49 |
| 400631295 | CKDIR | 04-18-2007 0729 | $25.00 | $55.49 |
| 400670061 | COM | 05-14-2007 0904 | ($54.76) | $0.73 |
| 400675452 | COMRET | 05-17-2007 0823 | $3.68 | $4.41 |
| 400676320 | INDEP | 05-17-2007 1241 | $20.00 | $24.41 |
| 400681266 | COM | 05-21-2007 0847 | ($23.85) | $0.56 |
| 400709521 | CKDIR | 06-08-2007 0837 | $25.00 | $25.56 |
| 400713148 | COM | 06-11-2007 0808 | ($25.55) | $0.01 |
| 400717710 | INDEP | 06-13-2007 1438 | $10.00 | $10.01 |
| 400724218 | COM | 06-18-2007 1040 | ($9.89) | $0.12 |
| 400736490 | INDEP | 06-26-2007 1525 | $20.00 | $20.12 |
| 400750770 | COM | 07-05-2007 0842 | ($20.00) | $0.12 |
| 400752101 | CKDIR | 07-06-2007 0932 | $25.00 | $25.12 |
| 400763916 | CKDIR | 07-09-2007 1014 | $20.00 | $45.12 |
| 400767799 | COM | 07-12-2007 0642 | ($44.19) | $0.93 |
| 400771512 | INDEP | 07-14-2007 1449 | $10.00 | $10.93 |
| 400779987 | INDEP | 07-18-2007 0828 | $20.00 | $30.93 |
| 400781171 | COM | 07-19-2007 0713 | ($30.87) | $0.06 |
| 400783819 | COMRET | 07-20-2007 0539 | $4.66 | $4.72 |
| 400794158 | COM | 07-26-2007 0714 | ($3.85) | $0.87 |
| 400795176 | COM | 07-26-2007 1700 | ($0.01) | $0.86 |
| 400814083 | INDEP | 08-07-2007 0945 | $15.00 | $15.86 |

# SAN DIEGO SHERIFFS DEPARTMENT

## Account Activity

**Fac:** 3  **Account Group:** INMATE  **Account Type:** GEN
**Account #:** 6464927
**Name(L,F,M,S):** BUTLER, STEPHON
**Start Dt/Tm:** 01-01-1990 1200  **Ending Dt/Tm:** 08-22-2008 2059

| Transaction # | Transaction Type | Transaction Date | Amount | Running Balance |
|---|---|---|---|---|
| 400817349 | COM | 08-09-2007 0642 | ($15.83) | $0.03 |
| 400820324 | INDEP | 08-11-2007 1251 | $20.00 | $20.03 |
| 400830506 | COM | 08-16-2007 0719 | ($19.50) | $0.53 |
| 400831871 | COMRET | 08-16-2007 1701 | $1.99 | $2.52 |
| 400834327 | INDEP | 08-18-2007 1452 | $20.00 | $22.52 |
| 400834368 | INDEP | 08-18-2007 1546 | $25.00 | $47.52 |
| 400842321 | COM | 08-23-2007 0724 | ($47.33) | $0.19 |
| 400848116 | INDEP | 08-27-2007 1216 | $20.00 | $20.19 |
| 400853352 | COM | 08-30-2007 0717 | ($20.05) | $0.14 |
| 400857314 | INDEP | 09-01-2007 1355 | $25.00 | $25.14 |
| 400862260 | CKDIR | 09-05-2007 0931 | $20.00 | $45.14 |
| 400862265 | CKDIR | 09-05-2007 0939 | $25.00 | $70.14 |
| 400864052 | COM | 09-06-2007 0742 | ($68.32) | $1.82 |
| 400872039 | INDEP | 09-11-2007 1145 | $20.00 | $21.82 |
| 400875591 | COM | 09-13-2007 0708 | ($20.92) | $0.90 |
| 400887607 | INDEP | 09-20-2007 1113 | $10.00 | $10.90 |
| 400887691 | INDEP | 09-20-2007 1206 | $20.00 | $30.90 |
| 400898247 | COM | 09-27-2007 0657 | ($30.84) | $0.06 |
| 400902369 | INDEP | 09-30-2007 1914 | $20.00 | $20.06 |
| 400908656 | COM | 10-04-2007 0633 | ($19.59) | $0.47 |
| 400930054 | INDEP | 10-17-2007 1119 | $20.00 | $20.47 |
| 400931346 | COM | 10-18-2007 0629 | ($18.41) | $2.06 |
| 400938692 | COM | 10-25-2007 0748 | ($2.06) | $0.00 |
| 400945333 | INDEP | 10-30-2007 1349 | $20.00 | $20.00 |
| 400948586 | COM | 11-01-2007 0657 | ($18.06) | $1.94 |
| 400951779 | INDEP | 11-03-2007 1349 | $40.00 | $41.94 |
| 400959283 | COM | 11-08-2007 0644 | ($41.69) | $0.25 |
| 400971713 | INDEP | 11-16-2007 1319 | $30.00 | $30.25 |
| 400980116 | COM | 11-21-2007 1217 | ($30.09) | $0.16 |
| 400988410 | INDEP | 11-27-2007 1722 | $10.00 | $10.16 |
| 400989526 | CKDIR | 11-28-2007 0921 | $25.00 | $35.16 |
| 401001184 | COM | 12-06-2007 0647 | ($34.48) | $0.68 |
| 401022446 | CKDIR | 12-19-2007 0849 | $50.00 | $50.68 |
| 401023740 | COM | 12-20-2007 0636 | ($50.08) | $0.60 |
| 401029014 | INDEP | 12-23-2007 1913 | $50.00 | $50.60 |
| 401029577 | COM | 12-24-2007 0639 | ($20.00) | $30.60 |
| 401035526 | COM | 12-27-2007 0742 | ($30.12) | $0.48 |
| 401036112 | INDEP | 12-27-2007 1316 | $25.00 | $25.48 |

# SAN DIEGO SHERIFFS DEPARTMENT

## Account Activity

**Fac:** 3  **Account Group:** INMATE  **Account Type:** GEN
**Account #:** 6464927
**Name(L,F,M,S):** BUTLER, STEPHON
**Start Dt/Tm:** 01-01-1990 1200   **Ending Dt/Tm:** 08-22-2008 2059

| Transaction # | Transaction Type | Transaction Date | Amount | Running Balance |
|---|---|---|---|---|
| 401036695 | COMRET | 12-27-2007 1701 | $5.43 | $30.91 |
| 401047638 | COM | 01-03-2008 0713 | ($28.12) | $2.79 |
| 401048952 | COMRET | 01-03-2008 1701 | $3.45 | $6.24 |
| 401066101 | CKDIR | 01-14-2008 0900 | $25.00 | $31.24 |
| 401071822 | COM | 01-17-2008 0720 | ($31.00) | $0.24 |
| 401072598 | COMRET | 01-17-2008 1701 | $3.46 | $3.70 |
| 401083526 | COM | 01-24-2008 0730 | ($3.64) | $0.06 |
| 401084681 | COMRET | 01-24-2008 1701 | $0.89 | $0.95 |
| 401106211 | CKDIR | 02-06-2008 0929 | $40.00 | $40.95 |
| 401107788 | COM | 02-07-2008 0716 | ($40.11) | $0.84 |
| 401108869 | COMRET | 02-07-2008 1701 | $0.89 | $1.73 |
| 401124831 | INDEP | 02-17-2008 1915 | $40.00 | $41.73 |
| 401132436 | COM | 02-21-2008 0719 | ($41.56) | $0.17 |
| 401134910 | INDEP | 02-22-2008 1813 | $5.00 | $5.17 |
| 401144970 | COM | 02-28-2008 0718 | ($5.02) | $0.15 |
| 401146153 | COMRET | 02-28-2008 1701 | $0.69 | $0.84 |
| 401178591 | INDEP | 03-17-2008 1847 | $10.00 | $10.84 |
| 401183693 | COM | 03-20-2008 0705 | ($10.00) | $0.84 |
| 401210171 | CKDIR | 04-04-2008 1140 | $25.00 | $25.84 |
| 401213846 | COM | 04-07-2008 1053 | ($10.00) | $15.84 |
| 401217667 | CKDIR | 04-09-2008 1017 | $25.00 | $40.84 |
| 401218995 | COM | 04-10-2008 0657 | ($40.26) | $0.58 |
| 401220375 | COMRET | 04-10-2008 1701 | $3.43 | $4.01 |
| 401220626 | INDEP | 04-10-2008 1948 | $40.00 | $44.01 |
| 401226009 | COM | 04-14-2008 1002 | ($10.00) | $34.01 |
| 401231265 | COM | 04-17-2008 0640 | ($33.24) | $0.77 |
| 401232273 | INDEP | 04-17-2008 1120 | $40.00 | $40.77 |
| 401243443 | COM | 04-24-2008 0701 | ($40.57) | $0.20 |
| 401277613 | INDEP | 05-13-2008 1127 | $23.00 | $23.20 |
| 401280938 | COM | 05-15-2008 0746 | ($22.20) | $1.00 |
| 401282576 | INDEP | 05-15-2008 2109 | $20.00 | $21.00 |
| 401293084 | COM | 05-22-2008 0805 | ($20.99) | $0.01 |
| 401294172 | COMRET | 05-22-2008 1701 | $1.17 | $1.18 |
| 401319392 | CKDIR | 06-06-2008 1026 | $25.00 | $26.18 |
| 401322648 | INDEP | 06-08-2008 1823 | $20.00 | $46.18 |
| 401328789 | COM | 06-12-2008 0717 | ($42.82) | $3.36 |
| 401341098 | COM | 06-19-2008 0708 | ($3.26) | $0.10 |
| 401363732 | CKDIR | 07-02-2008 0904 | $20.00 | $20.10 |

# SAN DIEGO SHERIFFS DEPARTMENT

## Account Activity

**Fac:** 3  **Account Group:** INMATE  **Account Type:** GEN
**Account #:** 6464927
**Name(L,F,M,S):** BUTLER, STEPHON
**Start Dt/Tm:** 01-01-1990 1200   **Ending Dt/Tm:** 08-22-2008 2059

| Transaction # | Transaction Type | Transaction Date | Amount | Running Balance |
|---|---|---|---|---|
| 401376489 | COM | 07-10-2008 0700 | ($19.96) | $0.14 |
| 401377621 | COMRET | 07-10-2008 1701 | $7.58 | $7.72 |
| 401388644 | COM | 07-17-2008 0656 | ($7.11) | $0.61 |
| 401401274 | INDEP | 07-24-2008 1647 | $20.00 | $20.61 |
| 401404882 | INDEP | 07-26-2008 1238 | $40.00 | $60.61 |
| 401405753 | INDEP | 07-27-2008 1236 | $20.00 | $80.61 |
| 401411661 | COM | 07-31-2008 0727 | ($80.36) | $0.25 |
| 401412793 | COMRET | 07-31-2008 1701 | $9.38 | $9.63 |
| 401436209 | COM | 08-14-2008 0712 | ($9.52) | $0.11 |
| 401446648 | INDEP | 08-20-2008 0940 | $40.00 | $40.11 |
| 401448317 | COM | 08-21-2008 0931 | ($36.16) | $3.95 |
| 401449149 | COMRET | 08-21-2008 1701 | $3.36 | $7.31 |

**Transaction Total:** $7.31

**Total Amount by Transaction Type**

| | |
|---|---|
| CKDIR / CHECKS POSTED DIRECTLY TO INMATE'S BOOKS | $425.00 |
| COM / COMMISSARY INMATE PURCHASING ITEMS | ($1,350.14) |
| COMRET / COMMISSARY - INMATE RETURNING ITEMS | $54.45 |
| INDEP / INMATE CASH DEPOSIT | $878.00 |
| **Transaction Total:** | **$7.31** |