**FILED AUG 28 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY**

<u>Certificate of Service</u>

08CV1375 J (BLM)

This is to certify that a Certificate of Service of my Declaration and attachments in support of my motion for appointment of counsel is inapplicable to date because no service of process has been completed on defendants' and/or appearances made. Dated this 22nd day of August, 2008.

Respectfully submitted,

Stephon Butler

Stephon Butler, pro per