# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON BUTLER,<br><br>             Plaintiff,<br><br>      v.<br><br>COUNTY OF SAN DIEGO, SHERIFF WILLIAM KOLENDER, CAPT. FRANK CLAMSER, SGT. J. RINEHART, #5749,<br><br>             Defendants. | No. 08-cv-1375-J(BLM)<br><br>ORDER GRANTING THE JOINT MOTION TO DISMISS WITH PREJUDICE |

GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED**, pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), that the joint motion for dismissal with prejudice of Plaintiff Stephon Butler and Defendants County of San Diego, Sheriff William Kolender, Capt. Frank Clamser, and Sgt. J. Rinehart is **GRANTED**.  Each party to bear his or its own costs.

DATED:  March 30, 2009

_____
HONORABLE NAPOLEON A. JONES, JR.
United States District Judge

08-cv-1375-J(BLM)